UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOUGLAS MORRISON, | No. 1:26-cv-00359-KES-FJS (HC) |
| Petitioner, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME |
| v. | |
| UNITED STATES OF AMERICA, | [ECF Nos. 11, 15] |
| Respondent. | [THIRTY (30) DAY DEADLINE] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 21, 2026, the Court issued an order directing Respondent to file a response to the petition. (ECF No. 6.) Respondent did not file a response within the allotted time. Therefore, on April 3, 2026, the Court issued an order directing Respondent to show cause why sanctions should not be imposed for failure to follow a court order. (*Id.*)

On April 13, 2026, Respondent filed a response to the order to show cause. (ECF No. 15.) Respondent states the failure to comply was not intentional. Due to the United States Attorney's Office § 2241 unit being inundated with immigration orders, the instant case was inadvertently swallowed up by the volume of incoming immigration cases. Respondent states a new email account was created specifically to separate § 2241 immigration cases from regular § 2241 habeas cases. Since the time Respondent became aware of the failure to timely respond, Respondent

states it has been attempting to obtain Bureau of Prisons ("BOP") records for Petitioner's case. Respondent requests an additional thirty (30) days to retrieve those records and file a response.

Good cause having been presented, and good cause appearing therefor, the Order to Show Cause is DISCHARGED, and Respondent is GRANTED thirty (30) days from the date of service of this order to file a response.

IT IS SO ORDERED.

Dated:    **April 20, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2